UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID PIERCE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | 1:09-cv-02244 OWW YNP [DLB] (HC)<br><br>ORDER VACATING FIRST AMENDED PETITION AND DIRECTING CLERK TO OPEN PETITION UNDER NEW CASE NUMBER<br>[Doc. #6]<br><br>ORDER DIRECTING CLERK TO FILE THE 2/25/10 DOCUMENT AS FIRST AMENDED PETITION |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On December 20, 2009, Petitioner filed a petition challenging loss of good time credits that occurred in January, 2008. (Doc. #1.) On March 3, 2010, this Court received two documents from Petitioner written on §2254 form petitions. Document 1 was signed on February 24, 2010 and challenged loss of good time credits that occurred on June 15, 2008. Document 2 was signed on February 25, 2010 and came with a motion to amend the original petition; the document challenged loss of good time credit that occurred on January 27, 2008.

　　Document 1 was docketed under the instant case number as a First Amended Petition. (Doc. #6.) However, upon further review, it is clear that Document 1 challenges a completely different disciplinary action, and thus should be filed as an original petition under a new case number.

　　Document 2, however, should be filed as a First Amended Petition in the instant case.

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), a petitioner may amend his petition once as a matter of course before he has been served with a responsive pleading. In this case, no respondent has yet appeared in the case nor has Petitioner previously amended his petition; therefore, Petitioner may amend his petition once as a matter of right. It is important to note, however, that this right to amend does not preclude statute of limitation or exhaustion challenges to any new claims brought in the amended petition.

Accordingly, it is hereby ORDERED that:

1) The First Amended Petition is VACATED;

2) The Clerk is DIRECTED to file Document 1, dated February 24, 2010, as an original petition for writ of habeas corpus under a new case number; and

3) The Clerk is DIRECTED to file Document 2, dated February 25, 2010, as First Amended Petition under the instant case number.

IT IS SO ORDERED.

Dated: **March 24, 2010**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE